■ In the Matter of the Estate of WILLIAM E. COVELL, Deceased. LARINE D. DAVIS et al., as Beneficiaries of a Trust Under the Last Will and Testament of WILLIAM E. COVELL, Deceased, Appellants. [845 NYS2d 210]—Appeal from an order of the Surrogate's Court, Onondaga County (Peter N. Wells, S.), entered October 3, 2006. The order denied the petition for early distribution of trust assets.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.